UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 22-008 RAJ |
| Plaintiff, ) | |
| v. ) | DETENTION ORDER |
| LESTER LAUS COLLADO,, ) | |
| Defendant. ) | |

Offenses charged in Indictment

Count 1: Felon in Possession of a firearm.

Count 2: Possession of Methamphetamine with Intent to Distribute,

Count 3: Carrying a firearm during and in relation to a drug trafficking crime.

Date of Detention Hearing:   February 9, 2022

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Indictment charges offenses which give rise to a rebuttable presumption of detention. Defendant has presented nothing to rebut that presumption. He and his counsel have, in fact, stipulated to the entry of a Detention Order in this case.

(2) Defendant was convicted in this court and sentenced on 04/10/17 on charges of felon in possession of a firearm, possession of stolen mail, and interstate transportation of a stolen vehicle. At the time of his arrest on the current charges, he was on supervised release on the prior convictions, but had absconded from supervision.

(3) Defendant admitted to the pretrial services officer that he has used methamphetamines on a daily basis.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this 9th day of February, 2022.

_____
John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3