JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:22-cr-00008-RAJ |
| Plaintiff, | ) ) ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND |
| vs. | ) ) | PRETRIAL MOTIONS DEADLINE |
| LESTER L. COLLADO, | ) ) | |
| Defendant. | ) ) | |

Based on the unopposed motion of the defendant to continue the trial date and extend the due date for pretrial motions, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE     - 1
(*U.S. v. Lester L. Collado;* CR22-008RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS ORDERED that Defendant's unopposed motion (Dkt. 14) is GRANTED. The trial date is continued from April 18, 2022, to July 18, 2022. All pretrial motions, including motions in limine, shall be filed no later than June 2, 2022.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date of July 18, 2022, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

DATED this 4th day of March, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE   - 2
(*U.S. v. Lester L. Collado;* CR22-008RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100